**UNITED STATES of America,
Plaintiff–Appellee**

**v.**

**Pablo Edmundo HERRERA–ESPINO-
SA, also known as Pablo Edmundo
Herrera, also known as Herrera Espi-
noza Pablo Edmundo, also known as
Pablo Herrera, also known as Pablo
E. Herrera, also known as Pablo Ed-
mundo Herrera–Espinoza, also known
as Pablo Edmundo Herrera Espinoza,
also known as Luis Gomez, Defen-
dant–Appellant.**

No. 13–20535
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 27, 2015.

Renata Ann Gowie, Assistant U.S. At-
torney, U.S. Attorney's Office, Houston,
TX, for Plaintiff–Appellee.

Donna Marie Hoffmann, Esq., Dallas,
TX, for Defendant–Appellant.

Pablo Edmundo Herrera–Espinosa,
Raymondville, TX, pro se.

Before WIENER, HIGGINSON, and
COSTA, Circuit Judges.

STEPHEN A. HIGGINSON, Circuit
Judge: *

The attorney appointed to represent Pa-
blo Edmundo Herrera–Espinosa ("Herr-

era–Espinosa") has moved for leave to
withdraw and has filed a brief in accor-
dance with *Anders v. California,* 386 U.S.
738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967),
and *United States v. Flores,* 632 F.3d 229
(5th Cir.2011). Herrera–Espinosa filed a
timely response.

Herrera–Espinosa pled guilty to illegal-
ly re-entering the United States following
deportation after a felony conviction. On
September 6, 2013, the district court sen-
tenced him to thirty (30) months impris-
onment followed by three (3) years of su-
pervised release. Herrera–Espinosa was
removed from the United States on June
30, 2015. We have reviewed counsel's brief
and the relevant portions of the record
reflected therein, as well as Herrera–Es-
pinosa's response. We concur with coun-
sel's assessment that the appeal presents
no nonfrivolous issue for appellate review.
Because Herrera–Espinosa has completed
the confinement portion of his sentence,
any argument that the prison term should
be reduced is moot. *See United States v.
Rosenbaum–Alanis,* 483 F.3d 381, 382
(5th Cir.2007).

Accordingly, counsel's motion for leave
to withdraw is GRANTED, counsel is ex-
cused from further responsibilities herein,
and the APPEAL IS DISMISSED in part
as frivolous, *see* 5TH CIR. R. 42.2, and in
part as moot. *See Rosenbaum–Alanis,*
483 F.3d at 382–83.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.